FILED
JUL 24 2008

In the United States District Court In and For the District of Delaware

Pair Caleb #344657
  Plaintiff
vs.
Carl Danberg, Commissioner, In the Case, et al.,
  Defendants.

Declaration

Civil Action No. 08-458

Pair Caleb In His Declaration hereby Declares:

On March 19, 2007 at approximately 2:30 p.m. I, Caleb Pair, was argueing with Sgt. Everette when she ordered me to lock in my room. I complied with her oder and voluntarily walked up the stairs by myself. Upon reaching the upper tier I walked to my room. Officer Harold Terhune was standing near my door to my room and he ordered me again to lockin. I told him to shut up and moved towards my room. Office Terhune said "What did you say?" and moved towards me blocking me from my room and grabbing my arms. I said Let me go and Knocked his arms off of mine and pushed him

away from me. He then stepped forward and swung at me with his right fist. I dodged the blow and we began to exchange blows for several seconds. After maybe 30 seconds Sgt. Everette sprayed me with mace and stepped between Terhune and myself. I stopped fighting and Officer Terhune sprayed me with mace after I stopped defending myself. I was removed from the tier and was seen by a nurse who said I was fine even though I was covered in mace. I was then taken to the isolation building where I spent fifteen days in an isolation cell. I was found guilty of an institutional write up for assault and sentence to 15 days in isolation even though I had already served the 15 days. Since I was already done with the 15 day sentence I was transferred to maximum security where I remained for over a year before the trial on April 29, 2008. During the trial Officer Kenton, Officer Terhune, and Sgt. Everette all lied to get me convicted of the assault charge Officer Kenton stated on the witness stand that she saw me argueing with Sgt. Everette and walk upstairs and punch Officer Terhune for no reason. But in her statement written a year before and right after the incident she stated she heard a code called on the

radio and looked up and saw myself and Officer Terhune fighting. Sgt. Everette stated on the witness stand that Officer Terhune did not touch me but that I punched him with no provocation. Officer Terhune stated at first that he did not grab me but changed his story a short time later. He also stated that I was refusing to go to my room but that I walked past my room, which everyone else discounted. I was found not guilty of all the charges yet they have kept me in Maximum Security punishing me for defending myself against the officer.

I DECLARE UNDER PENALTY OF PERJURY that the FOREGOING IS TRUE AND CORRECT. Executed at the DELAWARE Correctional Center, Smyrna, DELAWARE ON 22-07-08.
PLEASE REVIEW ATTACHED EXHIBIT!

_____
PAIR CALEB #544657



**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

Civil Division - Wilmington

May 28, 2008

Michael Little
Department of Correction
1181 Paddock Road
Smyrna, DE 19977

    **Re:    Inmate Caleb Pair SBI#544657**

Dear Mike:

    Enclosed you will find an inmate complaint letter from the above-named inmate. He is currently incarcerated at DCC. At your earliest convenience, please forward this complaint to the appropriate persons for investigation.

                                  Very truly yours,

                                  Ophelia M. Waters
                                  Deputy Attorney General

OMW/bja

Enclosure

    cc:    Caleb Pair

Mr. Biden,

    Hello, my name is Caleb Pair and I am currently incarcerated at the Deleware Correctional Center. On March 19, 2007 I was attacked by a correctional officer while I was housed in the Medium Security unit. He and several other officers lied and said I had assaulted him. As a result I was placed in Maximum Security and charged criminally with assault in a detention facility. On May 6, 2008 I was found not guilty in Superior Court in a jury trial. Since then I have written Internal Affairs here at the jail twice and have not heard from them. I wrote them wanting to press charges against Officer Harold Terhune and I have not heard back. I am writing to you to find out if I can get you to file the charges against the officer for assaulting me. Obviously the prison is covering for the officer so I'm writing you for help. Thank you for your time.

                                      Respectfully,

                                      Caleb Pair