IN THE UNITED STATES DISTRICT COURT IN
AND FOR THE DISTRICT OF DELAWARE

PAIR CALEB #544657
   PLAINTIFF

VS.

CARL DANBERG, Commissioner.,
PERRY PHELPS, Warden.,
DAVID K. HOLMAN, MAJOR.,
GWENDOLYN EVERETTE, Sgt.,
HAROLD TERHUNE, C/o.,
KRISTE KENTON, C/o.,
   Defendants.

\* A TEMPORARY RESTRAINING \*
          ORDER

Civil Action No. _____

FILED
JUL 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Upon the Complaint, the supporting affidavit of the Plaintiff and all included exhibits herewith, it is:

ORDERED that defendant's PERRY PHELPS, Warden., DAVID K. HOLMAN, Major.. Gwendolyn EVERETTE, Sgt., Harold Terhune, C/o, Kriste Kenton, C/o. Show Cause in Room _____ of the UNITED STATES COURTHOUSE, 844 North King Street Lockbox 18 Wilmington, Delaware 19801 on the _____ day of _____, 20___, At _____ O'Clock. Why a preliminary injunction should not issue pursuant to Rule 65(A) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, Agents and employees and all other persons acting in concert and participation with them, From (Continuing Confining Plaintiff illegally in SuperMax After being Found "not Guilty" For the reason he was placed here, Reinstate his status to Medium Compound D-Building, Since the Court Found the defendants above At...

Continued....

Foult For Assulting the Plaintiff. Also have Warden Perry Phelps Address his staff to stop Retaliation toards Plaintiff. IT IS FURTHER ORDERED that effective immediately, And pending the hearing and determination of this order to show Cause, "All the defendents Named above" And each of their Officers, Agents, employers, and all persons Acting in Concert or participation with them, Are restrained continuing housing Plaintiff in "Supermax" part of the prison.

IT IS FURTHER ORDERED that The order to show Cause, And ALL other papers Attached to this application, be Served On the Aforesaid Plaintiff by DATE: _____

_____
Judge's Signature

Dated: _____
UNITED STATES DISTRICT COURT JUDGE

_____
PLAINTIFF PRO'SE
Phir Caleb #544657
Delaware Corr. Center
1181 Paddock Road
Smyrna, Delaware 19977