IN THE UNITED STATES DISTRICT
COURT IN AND FOR THE DISTRICT
OF DELAWARE

DAIR CALEB #544657
  Plaintiff

vs.

CARL DANBERG Commissioner.,
PERRY PHELPS, WARDON.,
DAVID K. HOLMAN MAJOR.,
GWENDOLYN EVERETTE Sgt.,
HAROLD TERHUNE C/o.,
KRISTE KENTON C/o.,
  DEFENDANTS
"Sued individually and in official
Compasitys."

Civil Action No. _____



## Motion FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915 (e)(1) plaintiff Moves for an order appointing Counsel to represent him in this case. In support of this motion, plaintiff states:

Continued.......

(1) Plaintiff is unable to afford Counsel. He has already requested Leave to proceed in Forma Pauperis.

(2) Plaintiff's imprisonment will greatly limit his ability to Litigate. The issues involved in this Case are Complex, and will require Significant research and investigation. Plaintiff has Limited access to the Law Library being housed in "SuperMax" and with his Limited Knowledge of THE LAW.

(3) A Trial in this Case will likely involve Conflicting Testimony, and Counsel would better enable Plaintiff to present Evidence and Cross examine Witnesses.

(4) Plaintiff will need Counsel to protect him from Officers Retaliation Actions.

(5) Plaintiff had another Inmate helping him with this Litigation.

Dated: 22-07-08

_____
Pair Caleb #544657
Delaware Correctional Center
1181 Paddock Road
Smyrna, Del. 19977