IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALEB PAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-458-GMS |
| | ) |
| COMMISSIONER CARL DANBERG, | ) |
| WARDEN PERRY PHELPS, MAJOR | ) |
| DAVID K. HOLMAN, SGT GWENDOLYN | ) |
| EVERETTE, C/O HAROLD TERHUNE, | ) |
| AND C/O KRISTE KENTON, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Caleb Pair, SBI #544657, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $37.16 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 31, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 03-08-08, ~~2008~~.

_____
Signature of Plaintiff

FILED
AUG - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Caleb Pair
SBI# 544457  UNIT 19
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570